UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PATRICK LORNE FARRELL,

    Plaintiff,

v.                                                                    Case No:   2:15-cv-41-FtM-38CM

STATE OF FLORIDA, LEE CO.
JUSTICE  CENTER, LEE CO.
SHERIFF, SHERRA WINESETT,
LEE CO. STATE ATTORNEY,
ALANE LABODA, JOE FULLER,
LYNN GERALD, JOHN CARLIN,
RICK SCOTT and PAM BONDI,

    Defendants.
_____/

### ORDER[1]

This matter comes before the Court on Affidavit + Commercial Notice Appointment of Fiduciary Debtor (Doc. #29) filed on May 12, 2015. Plaintiff Patrick Lorne Farrell, *pro se*, filed this nonsensical document asserting he

> now accepts and acknowledges the Oath of Office and Bond of Sheri Polster Chappell Judge of this Court and to whom [he] also give[s] a partial grant of [his] Sovereign immunity to operate as fiduciary and trustee as a public servant to handle and execute any and all of [his] public affairs for [his] benefit as beneficiary in the matter concerning the above entitled case/account.

(Doc. #29, at 1). Farrell has neither the authority nor the capacity to appoint the undersigned to any position in this case. As a result the document will be stricken.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the Court has no agreements with any of these third parties or their Web sites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

As an aside, the Court notes this is not Farrell's first failed attempt to appoint a federal judge within the Fort Myers Division of the Middle District of Florida as a fiduciary or trustee in a case. See, e.g., Farrell v. GMAC Mortg., Case No. 2:13-cv-140-FtM-29DNF, at Doc. #124. Thus, Farrell is aware that these type of filings are wholly inappropriate. All future filings requesting the undersigned to be appointed as a fiduciary, trustee, or something similar will likely result in greater sanctions.

Accordingly, it is now

**ORDERED:**

Affidavit + Commercial Notice Appointment of Fiduciary Debtor (Doc. #29) is **STRICKEN**. The Clerk is directed to mail a copy of this Order to Plaintiff Patrick Lorne Farrell.

**DONE** and **ORDERED** in Fort Myers, Florida this 13th day of May, 2015.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record