UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PATRICK LORNE FARRELL,

       Plaintiff,

v.                                         Case No:   2:15-cv-41-FtM-38CM

STATE OF FLORIDA, LEE CO.
JUSTICE CENTER, LEE CO.
SHERIFF, SHERRA WINESETT,
LEE CO. STATE ATTORNEY,
ALANE LABODA, JOE FULLER,
LYNN GERALD, JOHN CARLIN,
RICK SCOTT and PAM BONDI,

       Defendants.
_____/

## **ORDER**[1]

       This matter comes before the Court on Plaintiff Patrick Farrell's Affidavit and Motion to Recuse Judge Chappell and to Strike Her Recent Orders for Cause Summarily (Doc. #34) filed on June 2, 2015. Farrell, *pro se*, seeks for the undersigned to strike previous orders and recuse as the judge in this case because Farrell asserts the undersigned was a part of a conspiracy against him in the 1990s. The Court finds there is no viable reason to strike any of its previous orders. Also, as previously mentioned, the Court finds there is no viable reason to recuse as a judge in this case. See Davis v. Kvalheim, No. 6:07-cv-566-Orl-31KRS, 2007 WL 1602369, at *2 (M.D. Fla. June 1, 2007)

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

(In re Hipp, Inc., 5 F.3d 109 (5th Cir. 1993); United States v. Grismore, 564 F.2d 929 (10th Cir. 1977); Bush v. Cheatwood, No. Civ.A.1:05CV2923-TWT, 2005 WL 3542484 (N.D. Ga. Dec. 23, 2005)). All allegations related to the undersigned are false, frivolous, scandalous, time-barred, and the undersigned is entitled to prosecutorial immunity. (See Doc. #30). The motion is due to be denied.

Accordingly, it is now

**ORDERED:**

Plaintiff Patrick Farrell Affidavit and Motion to Recuse Judge Chappell and to Strike Her Recent Orders for Cause Summarily (Doc. #34) is **DENIED**.

**DONE** and **ORDERED** in Fort Myers, Florida this 22nd day of June, 2015.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record

2